IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

NOV 16 2009

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Teva Pharmaceuticals USA, Inc. et al

**Plaintiff(s),**

v.   Select Civ or Crim:  NO: 09-cv-00152-IMK

Mylan Pharmaceuticals, Inc.
et a

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of William G. James, II ▭, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: November 16, 2009

*[signature]*
United States District Judge